in which case judgment as modified affirmed, without costs to either party. All concurred.

In the Matter of the Summary Proceedings by Schuyler C. Phillips, Respondent, v. Elizabeth J. Hogan, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Joseph Moses, as Receiver of the Property of "J. Lebenheim & Sons Company" Corporation, Appellant, v. Harry C. Soule, Respondent.— Judgment unanimously affirmed, with costs, on the ground that every person affected by the mortgage consented thereto.

The National Bank of Glens Falls, Respondent, v. The W. F. Burns Company, Appellant.— Judgment unanimously affirmed, with costs.

New York Cement Company, Respondent, v. The National Fire Insurance Company of Hartford, Appellant.— Judgment and order unanimously affirmed, with costs.

The New York Central and Hudson River Railroad Company, Appellant, v. John Williams, as Commissioner of Labor of the State of New York, Respondent. — Judgment affirmed, with costs. All concurred, except Kellogg and Sewell, JJ., dissenting.

Cornelius O'Mara, Jr., an Infant, by Cornelius O'Mara, His Guardian ad Litem, Respondent, v. Jessie G. Morgan, Appellant.— Judgment and order affirmed, with costs. All concurred, except Sewell, J., dissenting.

Perry M. Olds, Respondent, v. Myron H. Oothoudt, Appellant.—Motion denied.

The People of the State of New York, Respondent, v. Frank Hlavacek, Appellant.— Judgment of conviction unanimously affirmed.

The People of the State of New York, Respondent, v. Paul Smith's Electric Light and Power and Railroad Company, Appellant. (Action No. 1.) — Order affirmed, with ten dollars costs and disbursements. All concurred.

The People of the State of New York, Respondent, v. Paul Smith's Electric Light and Power and Railroad Company, Appellant. (Action No. 2.) — Order affirmed, with ten dollars costs and disbursements. All concurred.

The People of the State of New York, Respondent, v. Paul Smith's Electric Light and Power and Railroad Company, Appellant. (Actions No. 1, 2 and 3.) — Orders denying motion to consolidate actions affirmed, with ten dollars costs and disbursements as of one appeal. All concurred, except Kellogg, J., dissenting.

The People of the State of New York, Respondent, v. Roger Rice, Appellant. — Judgment of conviction unanimously affirmed.

The People of the State of New York, Appellant, v. William Decker, Respondent.— Judgment and order affirmed, with costs. All concurred, except Smith, P. J., and Cochrane, J., dissenting.

Lynn B. Packer and Charles H. Packer, Appellants, v. John R. Van Wagenen and William Mason, as Executors, etc., of Perez Packer, Deceased, and Others, Respondents. W. B. Matterson, Guardian ad Litem for Unknown Infants, Defendants, Appellant.— Judgment and order unanimously affirmed, with one bill of costs in favor of the respondents who are executors against the plaintiffs, and one bill of costs in favor of the respondent McMahon payable out of the estate.